**Jesse F. PAYNE, Respondent,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Appellant.**

**No. WD 36795.**

Missouri Court of Appeals, Western District.

Feb. 11, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1986.

Robert Davis Aulgur, Asst. Atty. Gen., Jefferson City, for appellant.

John K. Allinder, Independence, for respondent.

Before CLARK, C.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal by the Director of Revenue from a judgment of the circuit court ordering that driving license be reinstated.

Judgment affirmed. Rule 84.16(b).

All concur.